IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 MAR 16  P 2: 51

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| CUBIE EILAND and QUALITY ASSURANCE TESTING LABORATORIES, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.: 2:07 CV 238 -WKW |
| CITIBANK USA, N.A. and QUIK PAWN SHOPE, | ) ) ) | |
| Defendants. | ) | |

## CONSENT TO AND JOINDER IN THE NOTICE OF REMOVAL

COMES NOW the Defendant Defendant EFS, Inc. d/b/a Quik Pawn Shop, which

is incorrectly named in Plaintiffs' complaint, by and through undersigned counsel, and

consents to notice of removal filed contemporaneously herewith by Citibank (South

Dakota), N.A. as successor in interest to Citibank USA National Association, identified

in the Complaint as Citibank USA, N.A.

Respectfully submitted,

GEORGE W. WALKER, III (Bar No. WAL097)
J. DAVID MARTIN (Bar No. MAR120)
Attorney for Defendant EFS, Inc. d/b/a
Quik Pawn Shop
COPELAND, FRANCO, SCREWS & GILL
444 South Perry Street (36104)
P. O. Box 347
Montgomery, AL 36101-0347
Telephone: (334) 834-1180
Email: walker@copelandfranco.com

{B0689186}

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following counsel of record by placing a copy of the same in the United States mail, postage prepaid and properly addressed this the 16th day of March, 2007, to the following:

Donald G. Madison, Esq.
418 Scott Street
Montgomery, AL 36104
Email: dgmadison@bellsouth.net

Rik S. Tozzi, Esq.
Starnes & Atchison
P. O. Box 598512
Birmingham, AL 35259
Email: rst@starneslaw.com

_____
GEORGE W. WALKER, III (Bar No. WAL097)
J. DAVID MARTIN (Bar No. MAR120)
Attorney for Defendant EFS, Inc. d/b/a
Quik Pawn Shop
COPELAND, FRANCO, SCREWS & GILL
444 South Perry Street (36104)
P. O. Box 347
Montgomery, AL 36101-0347
Telephone: (334) 834-1180
Email: walker@copelandfranco.com

{B0689186}