IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| CUBIE EILAND and QUALITY ASSURANCE TESTING LABORATORIES, INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CIVIL ACTION NO.: CV-2007-279 |
| CITIBANK USA, N.A. and QUIK PAWN SHOPE, | )<br>)<br>) |
| Defendants. | ) |

2:07 CV 238 -WKW

## NOTICE OF FILING NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(d), Defendant, Citibank (South Dakota), N.A. as successor in interest to Citibank USA National Association identified in the Complaint as Citibank USA, N.A. (herein referred to as "Defendant" or "the Bank"), hereby gives notice to the Circuit Court of Montgomery County, Alabama, and Donald G. Madison, as Attorney for the Plaintiff, that Defendant has filed a Notice of Removal with the United States District Court for the Middle District of Alabama, Northern Division, and this case has been removed to that Court. Attached is a copy of this Notice of Removal filed with the United States District Court for the Middle District of Alabama, Northern Division.

{B0689441}

This the 16th day of March, 2007.

                              Respectfully submitted,

                              _____
                              RIK S. TOZZI Bar No. 7144-Z48R
                              Attorney for Defendant Citibank (South
                              Dakota), N.A. as successor in interest to
                              Citibank USA National Association identified
                              in the Complaint as Citibank USA, N.A.
                              Starnes & Atchison LLP
                              Seventh Floor, 100 Brookwood Place
                              Post Office Box 598512
                              Birmingham, Alabama  35259-8512
                              Telephone: (205) 868-6000
                              Facsimile: (205) 868-6099

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

A true and correct copy of this pleading has been mailed, by United States Mail, first class, postage prepaid, to the following non-CM/ECF participants on this :

Donald G. Madison
418 Scott Street
Montgomery, AL 36104
e-mail: dgmadison@bellsouth.net

                              _____
                              RIK S. TOZZI (Bar No. 7144-Z48R)
                              Attorney for Defendant Citibank (South
                              Dakota), N.A. as successor in interest to
                              Citibank USA National Association identified
                              in the Complaint as Citibank USA, N.A.
                              Starnes & Atchison LLP
                              Seventh Floor, 100 Brookwood Place
                              Post Office Box 598512
                              Birmingham, Alabama  35259-8512
                              Telephone: (205) 868-6000
                              Facsimile: (205) 868-6099
                              E-mail: rst@starneslaw.com

{B0689441}