IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CUBIE EILAND and QUALITY ASSURANCE TESTING LABORATORIES, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO.: 2:07-cv-238 |
| CITIBANK USA, N.A. and QUIK PAWN SHOPE, | ) ) ) ) | |
| Defendants. | ) ) | |

**CORPORATE DISCLOSURE STATEMENT
OF CITIBANK (SOUTH DAKOTA), N.A.**

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

1.   Citigroup, Inc.

{B0689911}

<u>March 17, 2007</u>  
Date

<u>/s/ Rik S. Tozzi</u>  
RIK S. TOZZI, Bar No. 7144-Z48R  
Attorney for Defendant Citibank (South Dakota), N.A. as successor in interest to Citibank USA National Association identified in the Complaint as Citibank USA, N.A.  
Starnes & Atchison LLP  
Seventh Floor, 100 Brookwood Place  
Post Office Box 598512  
Birmingham, Alabama 35259-8512  
Telephone: (205) 868-6000  
Facsimile: (205) 868-6099

2

{B0689911}

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Donald Gordon Madison
dgmadison@bellsouth.net

James David Martin
martin@copelandfranco.com

George Walton Walker, III
walker@copelandfranco.com

/s/ Rik S. Tozzi
RIK S. TOZZI  (Bar No. 7144-Z48R)
Attorney for Defendant Citibank (South Dakota), N.A. as successor in interest to Citibank USA National Association identified in the Complaint as Citibank USA, N.A.
Starnes & Atchison LLP
Seventh Floor, 100 Brookwood Place
Post Office Box 598512
Birmingham, Alabama  35259-8512
Telephone: (205) 868-6000
Facsimile: (205) 868-6099
E-mail:  rst@starneslaw.com

{B0689911}