IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CUBIE EILAND and QUALITY ASSURANCE TESTING LABORATORIES, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 2:07-cv-238 |
| CITIBANK USA, N.A., and QUIK PAWN SHOP, | ) ) ) ) | |
| Defendants. | ) | |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**
**OF DEFENDANT EFS, INC. D/B/A QUIK PAWN SHOP**

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosures concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

**EFS, Inc.**

           s/ J. David Martin
George W. Walker, III (WAL097)
J. David Martin (MAR120)

COPELAND, FRANCO, SCREWS & GILL, P.A.
P. O. Box 347
Montgomery, AL 36101-0347
Phone: (334) 834-1180
Fax: (334) 834-3172

Counsel for Defendant EFS, INC. d/b/a
QUIK PAWN SHOP

## CERTIFICATE OF SERVICE

    I hereby certify that on March 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Counsel for Plaintiffs:**
Donald G. Madison, Esq.
dgmadison@bellsouth.net

**Counsel for Defendant Citibank:**
Rik S. Tozzi, Esq.
rst@starneslaw.com


                                                                                                    _s/ J. David Martin_
                                                                                                    Of Counsel