IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CUBIE EILAND and QUALITY ASSURANCE TESTING LABORATORIES, INC., )<br><br>Plaintiffs, )<br><br>v. )<br><br>CITIBANK USA, N.A. and QUIK PAWN SHOP, )<br><br>Defendants. ) | Civil Action No. 07-cv-238-WKW-WC |

## NOTICE OF APPEARANCE

In conjunction with Rik S. Tozzi and Starnes & Atchison LLP, please enter the appearance of Patrick L. Lowther, Starnes & Atchison LLP, 100 Brookwood Place, 7th Floor, Birmingham, Alabama 35209, as counsel of record for Defendant Citibank (South Dakota), N.A. in the above-entitled action. The Court and opposing counsel are requested to include Patrick L. Lowther in service and distribution of all pleadings, motions and orders filed or entered herein.

Respectfully submitted on this the 15th day of May, 2007.

<u>**s/Patrick L. Lowther**</u>
Patrick L. Lowther (ASB-2650-A52L)
STARNES & ATCHISON LLP
100 Brookwood Place
Seventh Floor
Post Office Box 598512
Birmingham, Alabama 35259-8512
205.868.6000
205.868.6099 (fax)
pll@starneslaw.com

*Counsel for Defendant Citibank (South Dakota) N.A.*

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 15th day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Donald G. Madison
btjarvis@knology.net

George W. Walker, III
walker@copelandfranco.com

J. David Martin
martin@copelandfranco.com

                                            s/Patrick L. Lowther
                                            OF COUNSEL

{B0711726}