IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CUBIE EILAND, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-238-WKW |
| ) | |
| CITIBANK USA, N.A., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Before the court is the defendants' Motion to Compel Mediation and to Suspend Rule 26 Requirements (Doc. # 11). While the court cannot compel mediation, see Civil Justice Expense and Delay Reduction Plan for the Middle District of Alabama, ¶ VII, the court strongly encourages mediation in this case. It is ORDERED that the plaintiffs, if they wish to oppose mediation, shall RESPOND to the motion on or before May 28, 2007. The Rule 26 requirements are SUSPENDED.

DONE this 24th day of May, 2007.

                                                  /s/   W.  Keith Watkins
                                                UNITED STATES DISTRICT JUDGE