**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **CUBIE EILAND,** *et al.*,        ) | |
|                      ) | |
|     **Plaintiffs,**       ) | |
|                      ) | |
|     v.                    ) | **CASE NO. 2:07-cv-238-WKW** |
|                      ) | |
| **CITIBANK USA, N.A.,** *et al.*,   ) | |
|                      ) | |
|     **Defendants.**     ) | |

## **ORDER**

There being no objection to mediation, the parties are DIRECTED to file a joint status report of mediation efforts on or before **August 10, 2007**. If mediation has not been successful by **August 10, 2007**, the parties shall at that time file their Rule 26(f) report as originally ordered on April 30, 2007 (Doc. #9), or show cause in writing why it should not be filed.

DONE this 5th day of June, 2007.

                                                  /s/ W. Keith Watkins
                                          UNITED STATES DISTRICT JUDGE