**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| CUBIE EILAND and QUALITY ASSURANCE TESTING LABORATORIES, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No.  2:07-cv-238 |
| CITIBANK USA, N.A., and QUIK PAWN SHOP, | ) ) ) | |
| Defendants. | ) ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiffs and Defendant EFS, Inc. d/b/a Quik Pawn Shop, through their respective counsel of record, acting with full, complete and express authority, jointly stipulate to the dismissal of all claims asserted or that could have been asserted in the above-styled cause against EFS, Inc. d/b/a Quik Pawn Shop, WITH PREJUDICE, with no costs taxed.

Nothing contained in this joint stipulation is intended to any way prejudice, waive and/or dismiss any claims by any Plaintiff against any other Defendant besides EFS, Inc. d/b/a Quik Pawn Shop.  Plaintiffs each expressly reserve all claims against Defendant Citibank (South Dakota), N.A. as successor in interest to Citibank USA, National Association, and this stipulation is submitted solely as to the parties hereto pursuant to a pro tanto settlement agreement between them.

Donald G. Madison (MAD 008)
418 Scott Street
Montgomery, AL  36104
Tel:  263-4800
Fax: 265-8511
Email: dgmadison@bellsouth.net

**ATTORNEY FOR PLAINTIFFS**


George W. Walker, III (WAL097)
COPELAND, FRANCO, SCREWS & GILL, P.A.
P. O. Box 347
Montgomery, AL  36101-0347
Tel:  834-1180
Fax:  834-3172
Email: walker@copelandfranco.com
**ATTORNEY FOR DEFENDANT**
**EFS, INC. d/b/a QUIK PAWN SHOP**

2