IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CUBIE EILAND, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-238-WKW |
| | ) |
| CITIBANK USA, N.A., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

It is ORDERED that the remaining parties' deadline to file a joint status report of mediation efforts is EXTENDED **from August 10, 2007, until August 17, 2007.** If mediation has not been successful by August 17, 2007, the parties shall at that time file their Rule 26(f) report as originally ordered on April 30, 2007 (Doc. # 9), or show cause in writing why it should not be filed.

DONE this 14th day of August, 2007.

                /s/  W.  Keith Watkins
                UNITED STATES DISTRICT JUDGE