IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CUBIE EILAND and QUALITY ASSURANCE TESTING LABORATORIES, INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No.:  07-cv-238-WKW-WC ) |
| CITIBANK USA, N.A. and QUIK PAWN SHOP, | ) ) ) |
| Defendants. | ) |

## JOINT REPORT REGARDING MEDIATION

COME NOW, Plaintiffs Cubie Eiland and Quality Assurance Testing Laboratories, Inc. and Defendant Citibank (South Dakota), N.A., and hereby jointly submit the following status report in compliance with the Court's order (Doc. 16) dated August 14, 2007.

A mediation session was held on August 1, 2007.  The mediation session did not result in the resolution of this matter as to the above-named parties.  The parties will resume settlement discussions after the completion of some discovery and/or after a ruling on a motion to compel arbitration.

Respectfully Submitted, this the 17th day of August, 2007.

/s/Donald G. Madison_____
Donald G. Madison
418 Scott Street
Montgomery, AL 36104
Attorney for Plaintiffs


/s/ Rik S. Tozzi_____
Rik S. Tozzi
Patrick L. Lowther
Starnes & Atchison LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, AL 35259
Attorneys for Citibank (South Dakota), N.A.

{B0748286}