IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CUBIE EILAND and QUALITY ASSURANCE TESTING LABORATORIES, INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No.: 07-cv-238-WKW-WC ) |
| CITIBANK USA, N.A. and QUIK PAWN SHOP, | ) ) ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

COME NOW the Defendant, Citibank (South Dakota), N.A. and Plaintiffs, Cubie Eiland and Quality Assurance Testing Laboratories, Inc., and move this Court to dismiss this case, with prejudice, each party to bear their own costs.

Date: April 10, 2008

/s/ *Donald A. Madison*
Donald G. Madison
418 Scott Street
Montgomery, AL 36104
Attorney for Plaintiffs

/s/ Rik S. Tozzi
Rik S. Tozzi
Starnes & Atchison LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, AL 35259
Attorney for Defendant Citibank
(South Dakota), N.A.

{B0835185}